FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

APR 29 2011

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 11-cv-01069-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

RONALD J. NAGIM,

      Plaintiff,

v.

WILSON FIELDS, Judge (In His Own Capacity), and
THE STATE OF LOUISIANA,

      Defendants.

_____

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

_____

Plaintiff has submitted a Complaint and Motion and Affidavit for Leave to

Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.   As part of

the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the

submitted documents are deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files

in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __     is not submitted
(2)    **X**     is not on proper form (must use the court's current form): Plaintiff
               incorrectly submitted his § 1915 motion on the court's form that is used for
               case appeals.
(3)    __     is missing original signature by Plaintiff
(4)    __     is missing affidavit
(5)    __     affidavit is incomplete
(6)    __     affidavit is not notarized or is not properly notarized

(7)    __    names in caption do not match names in caption of complaint, petition or application
(8)    __    An original and a copy have not been received by the court. Only an original has been received.
(9)    X    other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(10)   __    is not submitted
(11)   X    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the Plaintiff
(13)   __    is incomplete
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court. Only an original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __    names in caption do not match names in text
(18)   X    other: Addresses must be provided for all Defendants in Section "Parties" on page 2 of the Complaint.

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED April 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01069-BNB

Ronald J Nagim
23652 E Easter Dr #101
Aurora, CO 80016

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Complaint forms** to the above-named individuals on April 29, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk