F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 7 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01069-BNB

RONALD J. NAGIM,

    Plaintiff,

v.

WILSON FIELDS, Judge (In his own Capacity),
THE STATE OF LOUISIANA, and
ATTORNEY GENERAL JAMES BUDDY CALDWELL,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Ronald J. Nagim, currently resides in Aurora, Colorado. Mr. Nagim, acting *pro se*, initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On June 28, 2011, Mr. Nagim filed a pleading titled, "Motion to Withdraw." The Court must construe the pleading liberally because Mr. Nagim is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed an answer in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* 8-41 James Wm. Moore et al., Moore's Federal Practice

§ 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the pleading as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of June 28, 2011, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the pleading is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of June 28, 2011, the date Mr. Nagim filed the Notice in this action.

DATED at Denver, Colorado, this  7th  day of    July        , 2011.

BY THE COURT:

   s/Lewis T. Babcock           
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01069-BNB

Ronald J Nagim
23652 E Easter Dr #101
Aurora, CO 80016

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk