**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01069-LTB

RONALD J. NAGIM,

      Plaintiff,

      v.

WILSON FIELDS, Judge (In his own Capacity),
THE STATE OF LOUISIANA, and
ATTORNEY GENERAL JAMES BUDDY CALDWELL,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      This matter is before the Court on Plaintiff's Motion to Disregard Withdrawal (Doc. No. 14), filed on July 8, 2011.  The instant action was dismissed by an order signed on July 7, 2011.  Therefore, the Motion is DENIED.  Because the dismissal was without prejudice, Plaintiff may file a new case.

Dated:  July 12, 2011