FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01069-LTB

RONALD J. NAGIM,

    Plaintiff,

v.

WILSON FIELDS, Judge (In his own Capacity),
THE STATE OF LOUISIANA, and
ATTORNEY GENERAL JAMES BUDDY CALDWELL,

    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

At issue is Plaintiff's "Motion to Reinstate Case & to Show Cause," Doc. No. 17, and his "Motion to Show Cause with (Supporting Exhibits)," Doc. No. 18. The Court must construe the Motions liberally because Mr. Nagim is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, therefore, will treat the Motions in part as a Motion to Reconsider and in part as a untimely Response to the May 19, 2011 Order to Show Cause entered by Magistrate Judge Boyd N. Boland. For the reasons stated below, the Court will deny the Motion to Reconsider and refrain from considering the Response.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than twenty-eight days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See Id.* (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)). Plaintiff's Motion to Reconsider was filed within twenty-eight days after the Court's Order of Dismissal was entered on July 7, 2011. Therefore, the Motion is construed as filed pursuant to Fed. R. Civ. P. 59(e).

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider is appropriate where a court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243). Nothing Mr. Nagim asserts in the Motion to Reconsider demonstrates why the Court should reinstate the action.

In the Motion to Reconsider, including Document Nos. 17 and 18, Mr. Nagim restates the same claims that he raised in this action and in four previous cases in this Court, which were the basis for the May 19 Order entered by Magistrate Judge Boland directing Mr. Nagim to show cause why he should not be enjoined from filing any future *pro se* actions in this Court that pertain to the issues he has raised in this action. Mr. Nagim does not address why the Court should reopen this action.

Therefore, upon consideration of the Motion to Reconsider and the entire file, the Court concludes that Plaintiff fails to demonstrate some reason why the Court should alter or amend the July 7 Order of Dismissal in this action. Because the Court will deny the Motion to Reconsider the Court will refrain from considering the untimely Response

to the May 19 Order to Show Cause. Accordingly, it is

ORDERED that the Motions (Doc. Nos. 17 and 18) are construed in part as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 59(e) and are denied. It is

FURTHER ORDERED that because Mr. Nagim's Motion to Reconsider is denied the Court will refrain from considering the untimely Response to the May 19, 2011 Order to Show Cause.

DATED at Denver, Colorado, this __19th__ day of ___July___, 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01069-BNB

Ronald J Nagim
23652 E Easter Dr #101
Aurora, CO 80016

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 19, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk